# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **NICOLE L. HUTT,** individually, and as parent, guardian, and next friend of **J.A.K.**, a minor,<br><br>**Plaintiff,**<br><br>v.<br><br>**THE UNITED STATES POSTAL SERVICE,**<br><br>**Defendant.** | CASE NO. _____<br><br><br><br><br><br>**COMPLAINT AND JURY DEMAND** |

COMES NOW, Plaintiff, Nicole L. Hutt, individually and as parent, guardian, and next friend of J.A.K., by and through her undersigned counsel, and for her cause of action against Defendant, the United States Postal Service, hereby states the following:

## JURISDICTIONAL ALLEGATIONS

1. Plaintiff, Nicole L. Hutt, was at all times material hereto a resident of Monroe County, Iowa.

2. J.A.K., a minor child, whose natural parent and guardian is Ms. Hutt, was at all times material hereto a resident of Monroe County, Iowa.

3. Defendant, the United States Postal Service, is an independent agency of the United States federal government responsible for providing postal service in the United States.

4. The events giving rise to this cause of action occurred in Monroe County, Iowa on May 24, 2019.

5. On the date and at the time of the events giving rise to this cause of action, Ms. Nancy J. Runquist was acting in the course and scope of her employment for the United States Postal Service.

6. Pursuant to 28 U.S.C. § 1346(b)(1), the district court has exclusive jurisdiction of civil actions on claims against the United States for money damages for personal injury caused by the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his or her office of employment under circumstances where the United States, if a private person, would be liable to the Plaintiff in accordance with the law of the place where the act or omission occurred.

7. Plaintiff complied with the provisions of 28 U.S.C. § 2675 and hereby proceeds with suit as the agency denied the claim on February 7, 2022.

## FACTS

All of the above paragraphs are hereby incorporated by reference herein.

8. On May 24, 2019, at approximately 4:11 p.m., J.A.K, a minor, exited the driveway of 1404 South F Ave in Lovilia, Monroe County, Iowa, and proceeded westbound to cross South F. Avenue.

9. At the same place and time, Ms. Runquist, the driver of a motor vehicle, was traveling northbound on South F Avenue in front of 1404 South F. Avenue in Lovilia, Monroe County, Iowa.

10. As J.A.K. proceeded westbound across the street, Ms. Runquist struck J.A.K. with her vehicle, injuring J.A.K.

11. Ms. Runquist was acting in the course and scope of her employment for the United States Postal Service when the accident occurred.

## COUNT I – LIABILITY OF THE UNITED STATES POSTAL SERVICE UNDER THE FEDERAL TORT CLAIMS ACT (28 U.S.C. § 1346b)

All of the above paragraphs are incorporated by reference herein.

12. Nancy J. Runquist was negligent in the operation of her motor vehicle in the following ways, which are not exhaustive:

   a. in failing to yield the right of way;
   b. in failing to keep a proper lookout for pedestrians;
   c. in failing to observe due care and precaution and to maintain proper and adequate control of said motor vehicle;
   d. in failing to operate said motor vehicle at a reasonable and proper speed under the circumstances then and there existing;
   e. in failing to exercise reasonable care in the operation of said motor vehicle under the circumstances then and there existing; and/or
   f. in failing to obey the traffic laws of Iowa.

13. Nancy J. Runquist was acting in the course and scope of her employment for the United States Postal Service when the accident occurred.

14. Nancy J. Runquist's negligence caused Plaintiff and J.A.K.'s harms, losses, injuries, and damages.

15. As a result of the above collision, Plaintiff and J.A.K. sustained harms, losses, injuries, and damages in the following particulars, which are not exhaustive:

   a. past and future medical expenses;
   b. past lost wages;
   c. future loss of earning capacity;
   d. past and future loss of full mind and body;
   e. past and future physical pain and mental suffering; and/or
   f. any other element of loss recognized by Iowa law not specifically set forth herein.

WHEREFORE, Plaintiff, Nicole L. Hutt, individually, and as parent, guardian, and next friend of J.A.K., a minor, demands judgment against Defendant, the United States Postal Service, in an amount that will fully and fairly compensate her for her and J.A.K.'s harms, losses, injuries, and damages, together with pre- and post-judgment interest at the rate allowed by law, and for the costs of this action, and for any and all other and further relief as the Court may deem just and proper under the circumstances.

## JURY DEMAND

COMES NOW, Plaintiff, Nicole L. Hutt, individually, and as parent, guardian, and next friend of J.A.K., a minor, and for her cause of action against Defendant, the United States Postal Service, hereby demands a jury trial.

Respectfully submitted,

**Hupy and Abraham, S.C., P.C.**

*/s/ Jenna L. Green*
Jenna L. Green, AT0010606
6600 Westown Parkway, Suite 270
West Des Moines, IA 50266
Phone: (515) 984-0091
Fax:    (515) 777-3399
Email: jgreen@hupy.com
**ATTORNEY FOR PLAINTIFF**

Original Filed.